UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY ERNEST COLEMAN, II,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:14-cv-00328-VEB<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

(1) allow Plaintiff to submit additional evidence and arguments;

(2) hold a de novo hearing and issue a new decision;

(3) reevaluate the medical opinion evidence, particularly the opinion of Thomas Genthe, Ph.D., in accordance with 20 C.F.R § 416.927, explaining the weight given and providing legally sufficient reasons for any medical opinion that is rejected;

(4) reevaluate Plaintiff's mental health impairments at steps two and three;

(5) reassess Plaintiff's credibility;

(6) reevaluate Plaintiff's residual functional capacity, including physical capacities;

(7) as necessary, reevaluate Plaintiff's ability to perform other work at step five, obtaining vocational expert testimony; and

(8) take any other actions necessary to develop the record.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 18th day of August, 2015.

/s/Victor E. Bianchini
Victor E. Bianchini
UNITED STATES MAGISTRATE JUDGE